United States District Court
Southern District of Texas

**ENTERED**

April 09, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN ADELSO VALDIZON ALVARENGA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-26-0231 |
| RANDY TATE, et al., | § § | |
| Respondents. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 9th day of April, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE